In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-360 CR


____________________



CLIFFORD RAY THOMAS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 24,055






MEMORANDUM OPINION



 A jury found Clifford Ray Thomas guilty of delivery of a controlled substance,
cocaine, in an amount of one gram or more but less than four grams. Tex. Health &
Safety Code Ann. § 481.112 (a),(c) (Vernon 2003). After finding the defendant to be
an habitual offender, the trial court assessed punishment at twenty-five years of
confinement in the Texas Department of Criminal Justice, Institutional Division. 


 Appellate counsel filed a brief that concludes no arguable reversible error is
presented in this appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March
6, 2003, Thomas was given an extension of time in which to file a pro se brief. We
received no response from the appellant. Because the appeal involves the application of
well-settled principles of law, we deliver this memorandum opinion. See Tex. R. App.
P. 47.4.

 We have reviewed the clerk's record and the reporters' record, and find no arguable
reversible error requiring us to order appointment of new counsel. Compare Stafford v.
State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The judgment is affirmed.

 AFFIRMED.

 PER CURIAM

Submitted on June 30, 2003

Opinion Delivered July 16, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.